**Order entered August 18, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01343-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

### ORDER
Before Justices Myers, Partida-Kipness, and Garcia

In accordance with this Court's opinion of this date, and treating this appeal as a petition for writ of mandamus, we **DENY** appellant's/relator's petition for writ of mandamus.

It is **ORDERED** that each party bear his or her own costs of this proceeding,

/s/ DENNISE GARCIA
   JUSTICE